## HOLMES v. BROWN.

IN an action on the case, for words, the plaintiff offered witnesses, to prove the defendant had spoken like words, after the commencement of the suit, in order to show the

malicious intent of the defendant; but they were refused by the court, because a recovery in this action would be no bar to a recovery for such subsequent words.